SARAH J. TURNER et al., as Committee of WARREN MATHER, an Incompetent Person, Appellants, *v.* IDA F. MATHER et al., as Administrators of the Estate of CHARLES W. MATHER, Deceased, et al., Respondents.

*Turner* v. *Mather*, 86 App. Div. 172, affirmed.
(Argued October 12, 1904; decided October 28, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered

July 23, 1903, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term.

*William Townsend* for appellants.

*Smith M. Lindsley*, *William S. Mackie* and *George C. Morehouse* for respondents.

Judgment affirmed, with costs, on opinion of MERWIN, J., below.

Concur: CULLEN, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN and WERNER, JJ. Absent: HAIGHT, J.